FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 APR -1 PM 3: 16

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT KEITH ABEL,

    Plaintiff,

vs.

HARLEY LAPPIN, Director, Federal
Bureau of Prisons, *et al.*,

    Defendants.

CIVIL ACTION NO.: CV207-088

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, in which he recommended, in pertinent part, that Plaintiff's claims for injunctive relief be denied. The Magistrate Judge determined that Plaintiff failed to show the likelihood of success on the merits of the claims set forth in his Complaint. After an independent review, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

In his Objections, Plaintiff asserts he intends to file a motion for a Temporary Restraining Order and Preliminary Injunction. To the extent Plaintiff wishes to file such a motion, he may do so; the Court will entertain Plaintiff's motion at the appropriate time. At this time, Plaintiff has not shown how he may be entitled to injunctive relief. Plaintiff does not object to the remainder of the Report and Recommendation.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claims against Defendants Burgos, Ellis, Chippi, Shaw, Wheeler, Sumner, McFadden, Vasquez, Lappin, Watts, Ricoff, Kendig, Nelson, Allen, Young, Holt, Sunderman, and Jimenez in their official capacities are **DISMISSED**. Plaintiff's request for injunctive relief is **DENIED**. Finally, Plaintiff's claims against Defendants Pettiford, Buchanan, Berrios, Jump, John Does 1-10, and Jane Does 1-10 are **DISMISSED**, without prejudice.

**SO ORDERED**, this 1st day of April, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA