# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

ROBERT KEITH ABEL, : CIVIL ACTION

    Plaintiff, :

v. :

HARLEY LAPPIN, Director :
Federal Bureau of Prisons,
et al., :

    Defendants. : NO. CV207-88

# ORDER

On February 26, 2009, Magistrate Judge James E. Graham entered a report and recommendation, which suggested that the Court should grant in part, and deny in part, the dispositive motion filed by Defendants. Presently before the Court are the parties' objections to the Magistrate Judge's report and recommendation.

After a thorough review of the applicable facts and the law, Judge Graham determined that genuine issues of material fact remained in dispute as to Abel's retaliation claims against Vasquez, Wheeler, Shaw, Sumner, Burgos, and Ellis. The Magistrate Judge found that Abel's claims in all other respects were not tenable and were due to be dismissed. The Court concurs with the Magistrate Judge's disposition of the

case, and **ADOPTS** the report and recommendation as the order of the Court. The parties have not shown that the Magistrate Judge's suggested disposition of the case was clearly erroneous or contrary to law, and their objections are **OVERRULED**.

**SO ORDERED**, this  24th  day of September, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)